```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
VALLES MONTGOMERY,                                             :
                                                               :
                              Plaintiff,                       :
                                                               :      24-cv-6980 (LJL)
              -v-                                              :
                                                               :      ORDER
CITY OF NEW YORK,                                              :
                                                               :
                              Defendant.                       :
                                                               X
------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2025

LEWIS J. LIMAN, United States District Judge:

This order memorializes the telephone conference held on February 5, 2025.

Plaintiff shall file an amended complaint by March 21, 2025. Plaintiff should include in the amended complaint all facts which Plaintiff wishes the Court to consider in determining whether she has stated a claim for relief, as well as a statement of all laws which she alleges Defendant has violated. Pursuant to Rule 10 of the Federal Rules of Civil Procedure, the amended complaint should use "numbered paragraphs, each limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b).

By March 27, 2025, Defendant shall submit a letter in support of its anticipated request for a stay of discovery. Plaintiff may respond in writing, if she chooses to do so, by March 31, 2025.

A conference will be held on April 3, 2025, at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts. The parties shall submit a proposed case management plan one week before the conference. Entry of a case management plan governing discovery will be discussed

at this conference.

Defendant will answer or otherwise respond to the amended complaint by April 18, 2025.

SO ORDERED.

Dated: February 5, 2025
      New York, New York

LEWIS J. LIMAN
United States District Judge