**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
VALLES MONTGOMERY,                                          :
                                                            :
                              Plaintiff,                    :          24-CV-6980 (LJL)
                                                            :
              -against-                                     :          **ORDER**
                                                            :
CITY OF NEW YORK,                                           :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------x

      **ONA T. WANG, United States Magistrate Judge:**

      On February 5, 2025, Judge Liman referred this case to me for settlement and directed the parties to contact my chambers. (ECF 19). To date, the parties have failed to contact chambers as directed. Because Plaintiff is proceeding *pro se* and recently filed a letter seeking an extension of the time to file their amended complaint, the Court now directs the parties to meet and confer regarding proposed dates to hold a Pre-Settlement Conference Call during the weeks of March 31, 2025, and April 7, 2025. Defendant is directed to file a letter by **March 17, 2025**, with at least three proposed dates during these weeks that work for both parties.

      Defendant is further directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by **March 14, 2025**.

      **SO ORDERED.**

 

                                            *s/ Ona T. Wang*

Dated: March 11, 2025                                        **Ona T. Wang**
      New York, New York                        United States Magistrate Judge