**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
VALLES MONTGOMERY,

           Plaintiff,

          -against-

CITY OF NEW YORK,

           Defendant.
-----------------------------------------------------------x

24-CV-6980 (LJL) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 27.

Defendant's motion to adjourn the April 21, 2025 pre-settlement conference call is **GRANTED**. The April 21 call is hereby **ADJOURNED** to **Thursday, May 15, 2025, at 3:00 p.m.**

Defense counsel is directed to call Chambers at 212-805-0260.

The Clerk of Court is respectfully directed to close ECF 27.

**SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: April 21, 2025                       **Ona T. Wang**
      New York, New York            United States Magistrate Judge