

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | SABRINA T. SMITH<br>Labor and Employment Law Division<br>Phone: (212) 356-1181<br>sabsmith@law.nyc.gov<br>(email not for service) |
|---|---|---|

May 29, 2025

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> The request is granted. The conference scheduled for June 5, 2025, is rescheduled to June 20, 2025, at 12:30 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts.
>
> Date: 5/30/25
>
> SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re: *Valles Montgomery v. City of New York*
Docket No. 24-CV-06980 (LJL) (OTW)

Dear Judge Liman:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant, the City of New York ("Defendant"), in the above-referenced action. The Court rescheduled the next telephonic conference for the parties to attend from May 14, 2025 to June 5, 2025 at 10:00 a.m. See ECF Dkt. 31. I write to request a brief, two-week adjournment of the telephonic conference before Your Honor from June 5, 2025 to June 20, 2025[1]. This is Defendant's first request for an adjournment of the scheduled telephonic conference. Plaintiff consents to this adjournment.

      Defendant submits this request as the undersigned has resigned from the Office and another attorney will be representing this matter on behalf of the City. The newly assigned attorney will need additional time to get acclimated to the case and review Plaintiff's Amended Complaint which is anticipated to be filed on or before May 30, 2025. See ECF Dkt. No. 31.

      I thank the Court for its consideration of this request.

Respectfully submitted,

*Sabrina T. Smith*

Sabrina T. Smith
Assistant Corporation Counsel

cc: Pro Se Plaintiff Valles Montgomery (see ECF Dkt. 3)

---

[1] June 19, 2025 is a federal holiday.