```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
VALLES MONTGOMERY,                                                :
:
Plaintiff,            :
:                    24-cv-06980 (LJL)
-v-                                  :
:                    ORDER
CITY OF NEW YORK,                                                 :
:
Defendant.           :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is hereby ordered that the Status Conference scheduled for June 20, 2025 at 12:30PM, will no longer proceed remotely by telephone and instead, parties are to appear in-person in Courtroom 15C at the 500 Pearl Street Courthouse. However, if both parties agree that they would like to hold the conference by telephone, they should file a joint letter with the Court stating this.

      SO ORDERED.

Dated: June 6, 2025
       New York, New York
                                                      LEWIS J. LIMAN
                                                  United States District Judge