UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
VALLES MONTGOMERY,                          :
                                            :
               Plaintiff,                :          24-CV-6980 (LJL) (OTW)
                                            :
               -against-                :          **ORDER**
                                            :
CITY OF NEW YORK,                           :
                                            :
               Defendant.                :
                                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter on the docket by **July 7, 2025,** apprising the Court on whether the parties would like to engage in further settlement discussions.

**SO ORDERED.**

Dated: June 20, 2025
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge