

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**OLUWASEUN M. ADEWARE**
Labor & Employment Law Division
Telephone: (212) 356-2658
Email: sadeware@law.nyc.gov

July 7, 2025

**Via ECF**
Honorable Ona T. Wang
United States Magistrate District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: Montgomery v. City of New York
> No. 24-CV-06980 (LJL) (OTW)

Dear Magistrate Judge Wang:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendant, City of New York. Pursuant to Your Honor's Order, dated June 20, 2025 (ECF No. 42), I submit this joint status letter on behalf of both parties to inform the Court that they would like to engage in further settlement discussions and request a settlement conference be scheduled. In light of this request, Defendant also requests that the date for its response to the Amended Complaint be extended until 30 days after the settlement conference, if the parties are unable to reach a settlement.

      We thank the Court for its attention to this matter.

Respectfully submitted,

/s/
Oluwaseun M. Adeware
Assistant Corporation Counsel

cc: Via Email, First Class Mail, and ECF
       Pro Se Plaintiff Valles Montgomery