```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
VALLES MONTGOMERY,                                                 :
                                                                   :
                            Plaintiff,                             :
                                                                   :      24-cv-6980 (LJL)
          -v-                                                      :
                                                                   :           ORDER
CITY OF NEW YORK,                                                  :
                                                                   :
                            Defendant.                             :
                                                                   X
----------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

This order memorializes the telephone conference held on July 14, 2025.

Plaintiff is granted leave to file a Second Amended Complaint by August 18, 2025. Defendant is relieved of the obligation to answer Plaintiff's current Amended Complaint, Dkt. No. 37, pending the filing of Plaintiff's Second Amended Complaint. Defendant shall respond to the operative complaint no later than September 8, 2025.

A conference will be held on September 23, 2025, at 12:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, use conference ID# 358639322, and follow the necessary prompts. Entry of a case management plan governing discovery will be discussed at this conference.

SO ORDERED.

Dated: July 14, 2025
       New York, New York                         _____
                                                         LEWIS J. LIMAN
                                                     United States District Judge