**MEMO ENDORSED.**



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov
(not for service)

September 15, 2025

**BY ECF**
Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Montgomery v. City of New York*, 24-cv-6980 (LJL)

Your Honor:

      I am an Assistant Corporation Counsel and a supervisor in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant the City of New York (the "City") in the above-referenced action, in which Plaintiff alleges employment discrimination and retaliation.

      I write to respectfully request an adjournment of the Preliminary Settlement Conference Call scheduled for this Wednesday, September 17, 2025, at 2:30 p.m., until either October 9, 10, or 15, or a date that is convenient for the Court.  Plaintiff's pro bono counsel for the limited purpose of settlement, Susanne Toes Keane, Esq., consents to this request, and is available on the aforementioned dates.  This is Defendant's first request for an adjournment of the conference.

      The reason for this request is that the attorney from this office who was previously assigned to the matter is currently on leave, and the requested adjournment will enable me to reassign the matter to a new attorney, who then will require time to review the case.  The adjournment also will allow the newly-assigned attorney to discuss settlement with Ms. Keane.

      Accordingly, Defendant City respectfully requests that the Court grant an adjournment of the Preliminary Settlement Conference Call from September 17, 2025, at 2:30 p.m. until either October 9, 10, or 15, or a date that is convenient for the Court.

I thank the Court for its consideration of the within request.

Respectfully submitted,

_____/s/_____
Philip S. Frank
Assistant Corporation Counsel

cc: All counsel of record and Plaintiff *Pro Se* (via ECF)

The Preliminary Settlement Conference call on September 17 is **ADJOURNED** to October 9, 2025 at 4:00 PM. Parties are to directed to call Chambers at 212-805-0260 when all parties are on the line.

**SO ORDERED.**

_____
Ona T. Wang                September 15, 2025
U.S.M.J.