> The requested extension of time for the Defendant to respond to the Second Amended Complaint until October 31, 2025 is GRANTED. The request to adjourn the telephonic conference scheduled for September 23, 2025 is GRANTED. A telephonic conference is scheduled for November 7, 2025, at 2:00 pm. The parties are instructed to dial 646-453-4442 and input access code 358639322.
> Date: September 16, 2025.

SO ORDERED.

*LEWIS J. LIMAN*
United States District Judge



**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**PHILIP S. FRANK**
Phone: (212) 356-0886
Fax: (212) 356-1148
pfrank@law.nyc.gov
(not for service)

September 15, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Montgomery v. City of New York*, 24-cv-6980 (LJL)

Your Honor:

    I am an Assistant Corporation Counsel and a supervisor in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant the City of New York (the "City") in the above-referenced action, in which Plaintiff alleges employment discrimination and retaliation.

    I write to respectfully request: (1) an extension of time, *nunc pro tunc*, for Defendant City to respond to the Second Amended Complaint ("SAC"), until October 31, 2025; and (2) a corresponding adjournment of the telephone conference scheduled for September 23, 2025, at 12:00 p.m., until a date after Defendant City has responded to the SAC. By Order dated July 14, 2025 (ECF No. 49), the Court directed Plaintiff to file her SAC by August 18, 2025, and Defendant City to respond to the operative complaint by September 8, 2025. I apologize to the Court and to Plaintiff for the lateness of this request. Due to an oversight on my part, I did not reassign this matter to a new attorney, as the attorney previously assigned to this matter from this office is currently on leave. Plaintiff consents to this request, and this is Defendants' first request for an extension of time to respond to the SAC.

    The requested enlargement will enable me to expeditiously reassign this matter today to a new attorney from this office and will allow the newly assigned attorney to investigate Plaintiff's legal and factual allegations and to prepare an appropriate response.

- 2 -

Accordingly, Defendant City respectfully requests that the Court grant: (1) an extension of time, until October 31, 2025, to respond to the SAC; and (2) a corresponding adjournment of the telephone conference scheduled for September 23, 2025, at 12:00 p.m., until a date after Defendant City has responded to the SAC.

I thank the Court for its consideration of the within request.

Respectfully submitted,

/s/
Philip S. Frank
Assistant Corporation Counsel

cc: Plaintiff *pro se* and all counsel of record (via ECF)