

**THE CITY OF NEW YORK**
# LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

Katherine A. Dunayevich
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1955
kdunayev@law.nyc.gov

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

> The Defendant's request for an extension of time is granted. The City has until December 4, 2025 to respond to the Second Amended Complaint. The conference previously scheduled for November 7, 2025 is moved to December 8, 2025 at 12 pm. The parties are instructed to dial 646-453-4442 and dial access code 358639322.
>
> Date: October 29, 2025
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge

Re:   Montgomery v. City of New York, 24-cv-6980 (LJL)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendant City of New York in the above-referenced action. I respectfully write to request a 30-day extension of time, or a date convenient to the Court, to respond to the Second Amended Complaint ("SAC"), as well as a corresponding adjournment of the upcoming conference.

    On September 15, 2025, my former supervisor, Philip S. Frank, filed a motion requesting an extension of time to respond to the SAC and an adjournment of the conference so that the matter could be reassigned, as the previously assigned attorney was on leave. See ECF No. 54. After the case was reassigned to me, the Court set Defendant's deadline to respond to the SAC for October 31, 2025, and scheduled a status conference for November 7, 2025. See ECF No. 56.

    I respectfully request an extension and an adjournment as I am currently engaged in a state-court trial in Ashanti v. City of New York, et al., Index No. 155062/2019 (Sup. Ct. N.Y. Cnty.), which commenced on October 28, 2025, and is expected to last approximately three to four weeks. Accordingly, I will be unable to prepare the City's response or meaningfully participate in the conference until that proceeding concludes. Plaintiff consents to this request. This is Defendant's second request for an extension of time.

- 2 -

Accordingly, Defendant respectfully requests that the Court grant:

(1) an extension of time until December 4, 2025, or another date preferred by the Court, to respond to the SAC; and

(2) a corresponding adjournment of the conference to a date after the new response deadline.

Thank you for the Court's attention and consideration.

Respectfully submitted,

*/s/ Katherine A. Dunayevich*
Katherine A. Dunayevich
Assistant Corporation Counsel

cc:   *Pro se* Plaintiff via email and First Class Mail