**MEMO ENDORSED.**



Federal Pro Se Legal Assistance Project SDNY
City Bar Justice Center

November 17, 2025

The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: <u>Montgomery v. City of New York, 24-cv-6980-LJL-OTW</u>

Dear Judge Wang,

The City Bar Justice Center represents plaintiff Valles Montgomery for the limited purposes of settlement. I submit this request for an adjournment of the settlement conference scheduled for December 10, 2025 at 2:00 p.m. (ECF 59) and propose January 12, 14, or 19, 2026 as alternate dates. This is the first request for an adjournment, and defendant consents to the request and the proposed alternate dates.

It has just come to my attention that I have a prior commitment to City Bar Justice Center that I regretfully did not consider when the settlement conference was ordered. I apologize for this inconvenience. The proposed new dates are in consideration of the holidays and plaintiff's vacation plans. Accordingly, we respectfully request that the settlement conference be adjourned and rescheduled for dates that are convenient for the Court, including January 12, 14 or 19, 20026.

Respectfully submitted,

/s/ Susanne Toes Keane

Director, *Federal Pro Se Legal Assistance Project (SDNY)*
City Bar Justice Center
40 Foley Square
New York, NY 10007
Phone: 212-382-6678
Email: SKeane@nycbar.org

**Application GRANTED.**

The December 10 Conference is **ADJOURNED** to **Wednesday, January 14, 2026 at 10:00AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_____
Ona T. Wang          November 19, 2025
U.S.M.J.

(212) 382-6647 • 40 Foley Square, LL 22, New York, NY 10007 • www.citybarjusticecenter.org