

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Katherine A. Dunayevich**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1955
kdunayev@law.nyc.gov

December 2, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

REQUEST GRANTED.
The time for the Defendant to answer or respond to the Second Amended Complaint is extended to December 11, 2025.  The telephonic status conference previously set for December 8, 2025 is rescheduled to December 16, 2025 at 10:30AM.  The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

12/3/2025    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    <u>Montgomery v. City of New York</u>, 24-cv-6980 (LJL)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendant City of New York in the above-referenced action. I respectfully write to request a brief 7-day extension of time, from December 4, 2025 to December 11, 2025, for Defendant to respond to the Second Amended Complaint ("SAC"), as well as a corresponding adjournment of the upcoming status conference currently scheduled for December 8, 2025.

Given the Thanksgiving holiday and our office's closure during that period, I require a short extension to prepare the City's response. This is Defendant's third request for an extension of time. The Court previously granted (1) an extension sought on September 15, 2025, to allow reassignment of the matter when prior counsel went on leave, and (2) a subsequent extension on October 28, 2025, after the case was reassigned to the undersigned and I became engaged in a state-court trial in New York County.

Because the City's response deadline would fall after the currently scheduled conference should the Court grant this request, Defendant respectfully requests that the conference be adjourned to a date after December 11, 2025, or any other date convenient to the Court. Plaintiff consents to both the requested extension and the requested adjournment.

Thank you for the Court's attention and consideration.

- 2 -

Respectfully submitted,

*/s/ Katherine A. Dunayevich*
Katherine A. Dunayevich
Assistant Corporation Counsel

cc:    *Pro se* Plaintiff via email and First Class Mail

- 2 -