UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
Valles Montgomery,                                  :
                                                    :
                          Plaintiff,                :
                                                    :                24-cv-6980 (LJL)
        -v-                                         :
                                                    :                ORDER
City of New York,                                   :
                                                    :
                          Defendant.                :
                                                    :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a telephonic conference on December 16, 2025.  Plaintiff shall submit any response to the City's motion to dismiss, at Dkt. No. 67, by February 20, 2026.  The City has until March 6, 2026, to reply.  Discovery is stayed pending a resolution of that motion.

      SO ORDERED.

Dated: December 16, 2025
      New York, New York                    _____
                                                    LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2025