# MEMO ENDORSED.



**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Katherine A. Dunayevich**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1955
kdunayev@law.nyc.gov

December 23, 2025

<u>**VIA ECF**</u>
Hon. Ona T. Wang
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

> Re:   <u>Montgomery v. City of New York</u>
> 1:24-cv-06980-LJL

Dear Honorable Wang:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant the City of New York ("City") in the above-referenced matter. I write to respectfully request that the Court adjourn the settlement conference currently scheduled for January 14, 2026, and reschedule it for February 2, 3, 4, or 5, 2026.

This is Defendants' first request to reschedule the settlement conference. The reason for this request is that the undersigned will be on previously scheduled leave during the month of January. Plaintiff Valles Montgomery, who is represented by the City Bar Justice Center for the limited purpose of settlement, consents to this request for settlement purposes.

The proposed alternative dates are offered in consideration of Plaintiff's availability and Defendants' previously scheduled leave. Accordingly, Defendants respectfully request that the settlement conference be adjourned and rescheduled for a date convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Katherine A. Dunayevich*
Katherine A. Dunayevich
Assistant Corporation Counsel

cc:     All Counsel of Record and Pro Se Plaintiff (via ECF and email)

The in-person Settlement Conference is **ADJOURNED** to **Thursday, February 5, 2026 at 10:00 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties ex parte submissions are due by **Thursday, January 29, 2026.** Please refer to my individual practices for guidelines.

**SO ORDERED.**

_____
Ona T. Wang              January 7, 2026
U.S.M.J.