**MEMO ENDORSED**



**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**Katherine A. Dunayevich**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1955
kdunayev@law.nyc.gov

January 28, 2026

**VIA ECF**
Hon. Ona T. Wang
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

> Re:    Montgomery v. City of New York
>        1:24-cv-06980-LJL

Dear Honorable Wang:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant the City of New York ("City") in the above-referenced matter. I write to respectfully request that the Court adjourn the settlement conference currently scheduled for February 5, 2026, and reschedule it for any date between February 23, 2026 and March 6, 2026.

This is Defendants' second request to reschedule the settlement conference. The request is made for two reasons. First, Plaintiff's counsel for the limited purpose of the settlement conference, Susanne Toes Keane of the City Bar Justice Center, is unavailable on February 5, 2026 due to a conflicting engagement. This conflict was the result of an inadvertent scheduling oversight which cannot be moved, and the parties apologize for the scheduling issue.

Second, the parties have been actively engaged in settlement discussions. Plaintiff shared a settlement demand on January 13, 2026, which Defendant is reviewing. The parties are continuing discussions in an effort to resolve this matter without Court intervention or at a minimum narrow the issues for a settlement conference. The requested adjournment would allow the parties additional time to pursue a potential resolution.

The proposed alternative dates are offered in consideration of Plaintiff's availability. Accordingly, Defendants respectfully request that the settlement conference be adjourned and rescheduled for a date convenient for the Court.

Thank you for your consideration of this request.

Respectfully submitted,

_/s/ Katherine A. Dunayevich_
Katherine A. Dunayevich
Assistant Corporation Counsel

cc:    All Counsel of Record and Pro Se Plaintiff (via ECF and email)

**SO ORDERED:**

Application **GRANTED**.  The February 5th settlement conference is adjourned to **March 4, 2026 at 2:00 p.m.**
Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by February 25, 2026.

_____
**Ona T. Wang**                                    1/29/26
United States Magistrate Judge

- 2 -