**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

VALLES MONTGOMERY,

                    Plaintiff,

          -against-

CITY OF NEW YORK,

                 Defendant.

-------------------------------------------------------------x

24-CV-6980 (LJL) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of parties' joint request to adjourn the settlement conference on March 4, 2026. (ECF 78). The in-person settlement conference will instead be held as a telephonic preliminary settlement conference on **Wednesday, March 4, 2026 at 2:00PM.** Parties are directed to call chambers at 212-805-0260 when all counsel are on the line. Parties are further directed to file a join status letter by Tuesday, March 3, 2026, updating the Court on the status of settlement conversations.

Defendant is further directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by **March 1, 2026.**

**SO ORDERED.**

                                          _s/ Ona T. Wang_

Dated: February 26, 2026                         **Ona T. Wang**
       New York, New York           United States Magistrate Judge