

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Katherine A. Dunayevich**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1955
kdunayev@law.nyc.gov

February 27, 2026

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: <u>Montgomery v. City of New York</u>, 24-cv-6980 (LJL)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, attorney for Defendant the City of New York in the above-referenced action. I write on behalf of all parties to respectfully request a 30-day extension of time, from March 6, 2026 to April 6, 2026, for Plaintiff to respond to Defendant's Motion to Dismiss the Second Amended Complaint, and for Defendants to serve their reply two weeks thereafter, on April 20, 2026.

This is Plaintiff's second request for an extension of time. On February 11, 2026, Plaintiff filed her first request to extend her response from February 20, 2026. <u>See</u> ECF Doc. No. 76. The parties are currently engaged in ongoing settlement negotiations and believe that this extension will allow them to continue those discussions in good faith and potentially resolve the matter without further motion practice.

The parties jointly submit that this extension will not prejudice any party and will conserve judicial resources.

Thank you for the Court's attention and consideration.

Respectfully submitted,

- 2 -

/s/ *Katherine A. Dunayevich*
Katherine A. Dunayevich
Assistant Corporation Counsel

cc: *Pro se* Plaintiff via email and First Class Mail