

**T**HE **C**ITY OF **N**EW **Y**ORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN CARTER**
*Corporation Counsel*

**Katherine A. Dunayevich**
*Assistant Corporation Counsel*
Labor & Employment Division
(212) 356-1955
kdunayev@law.nyc.gov

March 3, 2026

**VIA ECF**
Hon. Ona T. Wang
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

    Re:    Montgomery v. City of New York
                 1:24-cv-06980-LJL

Dear Honorable Wang:

    I am an Assistant Corporation Counsel in the Office of Steven Carter, Corporation Counsel of the City of New York, and attorney for Defendant the City of New York ("City") in the above-referenced matter. I write jointly with Susanne Keane, settlement counsel for Plaintiff to provide a status report pursuant to the Court's February 26, 2026 Order.

    On January 13, 2026, Plaintiff made a settlement demand seeking to resolve all claims in this action, including claims brought under the Equal Pay Act, the Americans with Disabilities Act, 42 U.S.C. §§ 1981 and 1983, the New York State Human Rights Law, and the New York City Human Rights Law. The parties have engaged in multiple discussions regarding potential resolution. The proposed settlement includes certain non-monetary conditions that required agency-level review and approval prior to seeking settlement authority from the Comptroller. These non-monetary conditions have since been resolved by the parties.

    The City is preparing to submit the matter to the Comptroller for settlement authority and anticipates doing so imminently. The parties respectfully request that the Court allow additional time to finalize the settlement process.

                                           Respectfully submitted,

                                               */s/ Katherine A. Dunayevich*
                                                 Katherine A. Dunayevich
                                              Assistant Corporation Counsel

cc:     All Counsel of Record and Pro Se Plaintiff (via ECF and email)