**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| VALLES MONTGOMERY, | : |
| Plaintiff, | : 24-CV-6980 (LJL) (OTW) |
| -against- | : **SCHEDULING ORDER** |
| CITY OF NEW YORK, | : |
| Defendants. | : |

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Tuesday, April 28, 2026 at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: March 4, 2026
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge