UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                 :

VALLES MONTGOMERY,                 :

                Plaintiff,      :

               :                 24-cv-6980 (LJL)
     -v-                 :

CITY OF NEW YORK,         :                 ORDER

                                :

              Defendant.    :

                                 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On April 21, 2026, the parties submitted notice of a settlement in principle, noting that "[b]ecause this matter includes a claim under the Equal Pay Act, the parties will submit the settlement agreement and supporting materials for the Court's approval." Dkt. No. 87. At the parties' request, the Court ordered that all deadlines be adjourned *sine die* on the basis of that representation. Dkt. No. 88. The parties are ordered to submit a joint letter by June 17, 2026 with a status update on settlement, including an estimate as to when the parties will submit their settlement agreement and supporting materials for the Court's approval.

SO ORDERED.

Dated: June 10, 2026
      New York, New York                                _____
                                            LEWIS J. LIMAN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2026