**Federal Pro Se Legal Assistance Project SDNY**
City Bar Justice Center

August 11, 2026

REQUEST GRANTED.
The Cheeks Fairness Hearing previously set for August 27, 2026 is rescheduled to September 17, 2026 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

8/13/2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

The Honorable Louis J. Liman
United States District Judge
Patrick J. Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Montgomery v. City of New York, 24-cv-6980-LJL-OTW

Dear Judge Liman:

City Bar Justice Center represents plaintiff Valles Montgomery for the limited purpose of settlement. I write with the consent of counsel for defendant to request an adjournment of the August 27, 2026 *Cheeks* hearing (ECF 94) until after September 11, 2026. This is plaintiff's first request for an adjournment.

Plaintiff requests the adjournment because she has an upcoming surgery and then will need time to recover. She anticipates that any time after September 11, 2026, she will be able to participate in the hearing. Plaintiff apologies for the inconvenience this request may cause the Court.

Respectfully submitted,

*Susanne Keane*

Susanne Toes Keane
*Federal Pro Se*
*Legal Assistance Project (SDNY)*
City Bar Justice Center
42 W. 44th Street
New York, NY 10036
212-382-6678