USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALLES MONTGOMERY,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendants.

24-cv-6980 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiff's letter requesting sealing of personally identifiable information revealed the settlement agreement filed at Dkt. No. 97-1. *See* Dkt. No. 99. The Court is persuaded that the information is sufficiently sensitive and unnecessary to any of the Court's rulings to warrant precluding public access. *See Eletson Holdings, Inc. v. Levona Holdings Ltd.*, 2023 WL 5956144, at *5 (S.D.N.Y. Sept. 13,2023); *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 126–27 (2d Cir. 2006); Fed. R. Civ. P. 5.2(a).

Accordingly, it is ordered that the Clerk of Court is directed to seal Dkt. No. 97-1. It is further ordered that Plaintiff's counsel shall publicly file a redacted version of the settlement agreement with all of the Plaintiff's personally identifiable information redacted (*e.g.*, home address, date of birth, and Social Security number) by October 5, 2026.

SO ORDERED.

Dated: September 30, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge